**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 04-50047-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR |
| LONNIE U. WASHINGTON | |

**ORDER**

Before the Court is a "Motion for Jail Time Credit" (Record Document 36) filed by defendant Lonnie U. Washington ("Washington"). Washington asks the Court to make an order awarding credit for the time he served at the Caddo Parish Jail from September 30, 2003 to October 21, 2004. See id.

Upon due consideration and after a thorough review of the record in the above captioned matter, including the Presentence Investigation Report, the Court hereby **DENIES** the "Motion for Jail Time Credit" (Record Document 36).

**IT IS SO ORDERED**.

Shreveport, Louisiana, May 22, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE